**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

ADVANCED INTEGRATED CIRCUIT PROCESS LLC,

*Plaintiff,*

v.

UNITED MICROELECTRONICS CORPORATION,

TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED.

*Defendants.*

Civil Action No. 2:24-cv-00730-JRG (Lead Case)

Civil Action No. 2:24-cv-00623-JRG (Member Case)

**JURY TRIAL DEMANDED**

**UNOPPOSED MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL AND VENUE DISCOVERY OF DEFENDANT TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED**

Plaintiff Advanced Integrated Circuit Process LLC ("AICP") hereby files this Unopposed Motion for Leave to Conduct Jurisdictional and Venue Discovery of Defendant Taiwan Semiconductor Manufacturing Company Limited ("TSMC") and shows the Court as follows:

The current deadline for AICP to file its Response to TSMC's Motion to Dismiss AICP's Complaint Under Federal Rule of Civil Procedure 12(b)(2) for Lack of Personal Jurisdiction or in the Alternative Transfer to the Northern District of California (No. 2:24-cv-00623-JRG, Dkt. 26) ("Motion to Dismiss or Transfer") is January 3, 2025.

AICP and TSMC have reached an agreement regarding limited jurisdictional and venue discovery relevant to the issues raised in TSMC's Motion to Dismiss or Transfer. AICP and TSMC agree to (1) the service of up to five (5) interrogatories and six (6) requests for production; (2) the deposition of Mick Hsieh, pursuant to both Federal Rules of Civil Procedure 30(b)(1) and 30(b)(6),

with a translator, for up to seven (7) total hours; (3) the deposition of Jason Lin, pursuant to Rule 30(b)(1), with a translator, for up to four-and-a-half (4.5) total hours; and (4) the deposition of Elissa Haas, pursuant to Rule 30(b)(1), without a translator, for up to two-and-a-half (2.5) total hours. All jurisdictional and venue depositions shall take place where the witness resides, but either party may elect to participate virtually. This jurisdictional and venue discovery will be limited to discovery on the issues raised in TSMC's Motion to Dismiss or Transfer. AICP and TSMC further agree that until a protective order is issued by the Court, discovery produced by TSMC and/or TSMC North America pursuant to the jurisdictional and venue discovery, including but not limited to information, documents and testimony, may be designated as "Confidential – Outside Attorneys' Eyes Only," such that disclosure of such discovery shall be limited to AICP's outside attorneys of record and the employees of AICP's outside attorneys. AICP and TSMC agree that the parties shall complete such jurisdictional and venue discovery within ninety (90) days after the date of the Court's entry of the attached order. AICP and TSMC further agree that AICP will respond to TSMC's Motion to Dismiss or Transfer within fourteen (14) days after the close of jurisdictional and venue discovery and that TSMC will reply to AICP's response within twenty-one (21) days of AICP's response.

Wherefore, AICP respectfully requests that the Court enter the attached order granting leave to conduct jurisdictional and venue discovery, extending the deadline for AICP's Response to the Motion to Dismiss or Transfer to fourteen (14) days after the close of jurisdictional and venue discovery, and extending the deadline for TSMC's Reply in Support of the Motion to Dismiss or Transfer to twenty-one (21) days after AICP's Response.

Dated: December 31, 2024

Respectfully submitted,

*/s/ Justin Nelson*

Justin A. Nelson – Lead Counsel
Texas State Bar No. 24034766
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com

Ian Gore
Washington State Bar No. 54519
Kemper Diehl
Washington State Bar No. 53212
Bianca Rey
Washington State Bar No. 62422
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
igore@susmangodfrey.com
kdiehl@susmangodfrey.com
brey@susmangodfrey.com

Ravi Bhalla
New York State Bar No. 5748223
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
rbhalla@susmangodfrey.com

*Of Counsel*:
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com
andrea@millerfairhenry.com

*Attorneys for Plaintiff AICP*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendant TSMC and this motion is unopposed.

/s/ *Justin Nelson*
Justin A. Nelson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on December 31, 2024.

/s/ *Justin Nelson*
Justin A. Nelson