**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br>*Plaintiff*,<br>v.<br>UNITED MICROELECTRONICS CORPORATION,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00730-JRG<br>(LEAD CASE) |
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br>*Plaintiff*,<br>v.<br>TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00623-JRG<br>(MEMBER CASE) |

**ORDER**

Before the Court is Plaintiff's Joint Motion to Extend Jurisdictional and Venue Discovery (the "Motion") filed by Plaintiff Advanced Integrated Circuit Process LLC ("Plaintiff"). (Dkt. No. 67.) In the Motion, Plaintiff requests a forty-four (44) day extension of time from April 2, 2025 to May 16, 2025 to complete jurisdictional and venue discovery. (*Id*. at 1–2.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that jurisdictional and venue discovery shall be **extended** up to and including May 16, 2025.

**So Ordered this**

**Mar 19, 2025**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE