**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-cv-730-JRG<br>(LEAD CASE) |
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-cv-623-JRG<br>(MEMBER CASE) |

**JOINT NOTICE RESOLVING DISCOVERY DISPUTES SET FOR HEARING (DKT. NOS. 78, 80, 89, 90)**

Plaintiff Advanced Integrated Circuit Process LLC ("AICP") and Defendant Taiwan Semiconductor Manufacturing Company Limited ("TSMC") hereby submit this joint notice resolving all discovery disputes in the motions scheduled for hearing on May 1, 2025.

AICP and TSMC have resolved all of the disputes raised in the four motions set for hearing on May 1: (1) Plaintiff's Motion to Compel Venue Discovery from Defendant TSMC (Dkt. No.

78); (2) Defendant TSMC's Motion to Compel Production of AICP's Reverse Engineering Results (Dkt. No. 80); (3) Plaintiff's Motion to Compel Discovery from Defendant TSMC (Dkt. No. 89); and (4) Defendant TSMC's Opposed Motion to Strike and Compel Supplementation of Plaintiff's P.R. 3-1 Infringement Contentions (Dkt. No. 90). There are no outstanding disputes involving any matters raised in these four motions.

The parties have resolved these discovery disputes by agreement as set forth below:

1. Without conceding that any uncharted process node has been properly accused, TSMC will produce the relevant portions of the training materials and process flows for each of the charted process nodes and (to the extent possible) identify by TSMC's internal numbering the wafers made at 3nm to 28nm nodes from August 1, 2018 for each asserted patent subject to the following exceptions in subparts (a) and (b):

    a. For the '425 Patent, AICP has charted the poly-gate process as part of its infringement contentions. For the sole purpose of allowing AICP to decide whether to accuse the metal-gate process and without conceding that the metal-gate process has been properly accused, TSMC will provide relevant portions of the training materials for the metal-gate process used in the 28 nm node. If AICP decides to accuse the metal-gate process, it will provide claim charts for the metal-gate process in its supplemental infringement contentions. If AICP does not include such claim charts, both parties agree that the metal-gate process is not part of the accused products for the '425 Patent.

    b. For the '779 Patent, TSMC will provide relevant portions of the training materials for the 3nm and 16nm nodes (in addition to the training materials and process flows for the 5nm node) solely for the purpose of allowing AICP to consider entering into the following stipulation: For the convenience of the parties in this litigation and for the '779 patent only, and to streamline the discovery issues in this case, the parties agree that products made at TSMC's 3nm through 16nm process nodes will be subject to the Court's infringement findings with respect to TSMC's 5nm process node. For the avoidance of doubt, TSMC only agrees to the instant stipulation for purposes of this case.

    c. Within 60 days of receiving the foregoing technical discovery from TSMC, AICP will supplement its infringement contentions on the accused process nodes. TSMC reserves the right to challenge the sufficiency of such supplemental infringement contentions.

d. TSMC will provide the relevant revenue information from August 1, 2018 for all wafers made at 3nm to 28nm nodes.

2. With respect to the pending motion to transfer venue, within 2 weeks, TSMC will provide the following discovery in addition to the agreed-upon depositions:

   a. TSMC will supplement its interrogatory responses to identify specific TTI managers based in Texas who have supported U.S. customers on the accused process nodes (28nm to 3nm) and the type of work they have performed in that regard generally. It will also identify the total number of TTI employees based in Texas who have performed engineering work on the accused process nodes and/or have supported U.S. customers on the accused process nodes.

   b. TSMC will search for and produce agreements (if any) between TSMC and any U.S. customers for TTI services to be provided from its Texas facility.

   c. TSMC will supplement its interrogatory responses to provide further details on its Arizona facility in terms of total number of employees who have performed engineering work on the accused process nodes and/or have supported U.S. customers on the accused process nodes.

3. AICP will produce complete copies of the reverse-engineering reports for the accused process nodes without waiving any privilege with respect to its pre-suit investigation and diligence. These reports will be treated as AEO and produced in full to the extent materials from them were included in AICP's infringement contentions. AICP will redact identifications of the consultants that prepared them.

This agreement resolves all discovery disputes in the motions scheduled for hearing on May 1, 2025.

Dated: April 30, 2025

Respectfully submitted,

*/s/ Justin Nelson*
Justin A. Nelson – Lead Counsel
Texas State Bar No. 24034766
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
*jnelson@susmangodfrey.com*

Kalpana Srinivasan
California State Bar No. 237460
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
*ksrinivasan@susmangodfrey.com*

Ian Gore
Washington State Bar No. 54519
Kemper Diehl
Washington State Bar No. 53212
Bianca Rey
Washington State Bar No. 62422
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
*igore@susmangodfrey.com*
*kdiehl@susmangodfrey.com*
*brey@susmangodfrey.com*

Ravi Bhalla
New York State Bar No. 5748223
Andrew Nassar
New York State Bar No. 6162226
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
*rbhalla@susmangodfrey.com*
*anassar@susmangodfrey.com*

*Of Counsel*:
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
*claire@millerfairhenry.com*

*andrea@millerfairhenry.com*

*Attorneys for Plaintiff AICP*

/s/ *Sean Pak*

Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
MCKOOL SMITH, P.C.
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Karrie Wheatley
Texas Bar No. 24098605
Tony Nguyen
Texas Bar No. 24083565
Jacqueline Moran
Texas Bar No. 24121740
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109
wheatley@fr.com
nguyen@fr.com
jtmoran@fr.com

Michael J. McKeon
DC Bar No. 459780
Christian Chu
DC Bar No. 483948
Benjamin Christoff
DC Bar No. 1025635
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
mckeon@fr.com
chu@fr.com
christoff@fr.com

Kevin Su
MA Bar No. 663726
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
su@fr.com

James Huguenin-Love

MN Bar No. 0398706
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696
huguenin-love@fr.com

Karolina Jesien (*pro hac vice*)
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
jesien@fr.com

Sean Pak (*pro hac vice*)
CA Bar No. 219032
Iman Lordgooei
CA Bar. No. 251320-CA
Kevin (Gyushik) Jang
NY Bar No. 5391354
Jodie Cheng (*pro hac vice*)
CA Bar No. 292330
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
seanpak@quinnemanuel.com
imanlordgooei@quinnemanuel.com
kevinjang@quinnemanuel.com
jodiecheng@quinnemanuel.com

Conrad Gosen (*pro hac vice*)
MN Bar No. 395381
*Not admitted in WA
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 1st Ave, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Facsimile: (206) 905-7100
conradgosen@quinnemanuel.com

**ATTORNEYS FOR DEFENDANT TAIWAN SEMICONDUCTOR MANUFACTURING CORPORATION LIMITED**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for AICP met and conferred with counsel for TSMC to reach agreement as to the contents of this joint notice.

*/s/ Justin Nelson*
Justin A. Nelson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 29, 2025.

*/s/ Justin Nelson*
Justin A. Nelson