**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br>*Plaintiff*,<br>v.<br>UNITED MICROELECTRONICS CORPORATION,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-730-JRG<br>(Lead Case) |
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br>*Plaintiff*,<br>v.<br>TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-623-JRG<br>(Member Case) |

**ORDER**

Before the Court is Plaintiff Advanced Integrated Circuit Process LLC's Joint Motion to Extend Jurisdictional and Venue Discovery (Dkt. No. 84). In the Motion, Plaintiff requests a forty-five (45) day extension of the deadline to complete jurisdictional and venue discovery. (*Id.* at 1). Defendant Taiwan Semiconductor Manufacturing Company Limited joins in Plaintiff's request. (*Id.* at 2, 4).

Having considered the motion, and noting that it was filed jointly, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the parties' deadline to complete jurisdictional and venue discovery is extended up to and including June 30, 2025.

**So Ordered this**

**May 6, 2025**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE