**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-cv-730-JRG (LEAD)<br><br>CIVIL ACTION NO. 2:24-cv-623-JRG (MEMBER) |

**<u>JOINT MOTION TO STAY ALL DEADLINES</u>**
**<u>AND NOTICE OF SETTLEMENT</u>**

Pursuant to the Court's June 3, 2014 Standing Order Regarding Proper Notification of Settlement to the Court, Plaintiff Advanced Integrated Circuit Process LLC and Defendant Taiwan Semiconductor Manufacturing Company Limited (collectively, "Parties"), hereby notify the Court that they have reached an agreement in principle that will resolve all matters in controversy in the above captioned action between the Parties. Therefore, the Parties respectfully request that all deadlines between them in the above-captioned litigation be stayed for thirty (30) days, up to and including November 30, 2026, to give the Parties adequate time to file appropriate dismissal papers upon execution of the long-form settlement agreement. There is good cause to stay all deadlines in view of the Parties' settling this matter. The Parties request this stay, not for the purposes of any delay, but so that they may finalize the long-form settlement agreement and file dismissal papers without incurring additional expenses. A proposed order is attached.

Date: October 30, 2026

Respectfully submitted,

*/s/ Michael McKeon*
Jennifer Truelove
TX State Bar No. 24012906
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

James E. Quigley
TX State Bar No. 24075810
jquigley@mckoolsmith.com
MCKOOL SMITH, P.C.
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Karrie Wheatley
TX State Bar No. 24098605
Tony Nguyen
TX Bar No. 24083565
Jacqueline Moran (*pro hac vice*)
TX Bar No. 24121740
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109
wheatley@fr.com
nguyen@fr.com
jtmoran@fr.com

Michael J. McKeon
DC Bar No. 459780
Christian Chu
DC Bar No. 483948
Benjamin Christoff
DC Bar No. 1025635
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

*/s/ Justin Nelson*
Justin A. Nelson (Lead Counsel)
Texas State Bar No. 24034766
**SUSMAN GODREY LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
jnelson@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
**SUSMAN GODREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com

Ian M. Gore
Washington State Bar No. 54519
Kemper Diehl
Washington State Bar No. 53212
Bianca Rey
Washington State Bar No. 62422
**SUSMAN GODREY LLP**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
Fax: (206) 516-3883
igore@susmangodfrey.com
kdiehl@susmangodfrey.com
brey@susmangodfrey.com

Ravi Bhalla
New York State Bar No. 548223
Andrew Nassar
New York State Bar No. 6162226
Stuart E. Pollack
New York State Bar No. 2952984
**SUSMAN GODREY LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330

Facsimile: (202) 783-2331
mckeon@fr.com
chu@fr.com
christoff@fr.com

Kevin Su
MA Bar No. 663726
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
su@fr.com

James Huguenin-Love
MN Bar No. 0398706
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696
huguenin-love@fr.com

Karolina Jesien (*pro hac vice*)
NY Bar No. 4626180
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
jesien@fr.com

Sean Pak (*pro hac vice*)
CA Bar No. 219032
Iman Lordgooei
CA Bar. No. 251320-CA
Kevin (Gyushik) Jang
NY Bar No. 5391354
Jodie Cheng (*pro hac vice*)
CA Bar No. 292330
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

Fax: (212) 336-8340
rbhalla@susmangodfrey.com
anassar@susmangodfrey.com
spollack@susmangodfrey.com

*Of Counsel*:

Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Tel: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com
andrewa@millerfairhenry.com

*Counsel for Plaintiff*
*Advanced Integrated Circuit Process LLC*

Facsimile: (415) 875-6700
seanpak@quinnemanuel.com
imanlordgooei@quinnemanuel.com
kevinjang@quinnemanuel.com
jodiecheng@quinnemanuel.com

Eric Huang (*pro hac vice*)
NY Bar No. 2891877
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 Fifth Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
erichuang@quinnemanuel.com

Conrad Gosen (*pro hac vice*)
MN Bar No. 395381
*Not admitted in WA
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 1st Ave, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Facsimile: (206) 905-7100
conradgosen@quinnemanuel.com

*Counsel For Defendant*
*Taiwan Semiconductor Manufacturing*
*Company Limited*

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2026, a true and correct copy of Joint Motion to Stay All Deadlines and Notice of Settlement was properly served on counsel of record via electronic filing in accordance with the USDC, Eastern District of Texas Procedures for Electronic Filing.

*/s/ Justin Nelson*
Justin Nelson

**CERTIFICATE OF CONFERENCE**

I certify that counsel for AICP has complied with Local Rule CV-7(h). On October 30, 2026, counsel for AICP and TSMC met and conferred regarding the relief sought in this motion. AICP and TSMC jointly seek the above-described relief.

*/s/ Justin Nelson*
Justin Nelson